UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PAULINE ROWL and PEARLIE ROWL,
as co-administratrixes of the Estate of
MARY BURRELL,

                Plaintiffs,

-against-                            **CIVIL JUDGMENT**

THE CHARLOTTE-MECKLENBURG        05-CV-3825 (ARR)
HOSPITAL AUTHORITY, d/b/a
CAROLINAS MEDICAL CENTER, d/b/a
CAROLINAS HEALTHCARE SYSTEM, et al.,

                Defendants.
-----------------------------------------------------------------x

       Pursuant to the memorandum and order issued _August 22, 2005_ by the Honorable Allyne R. Ross, United States District Judge, dismissing this complaint pursuant to 28 U.S.C. §1406(a), it is

       **ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed without prejudice to refiling this action in North Carolina. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore in forma pauperis status is denied for purpose of an appeal.

                                              _____
                                              ALLYNE R. ROSS
                                              United States District Judge

Dated: Brooklyn, New York
       August 22, 2005

                THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.